IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:08CV259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On August 15, 2008, the court conducted an initial review of the Complaint. (Filing No. 6.) In that Memorandum and Order, the court stated that "Plaintiff has failed to clearly indicate whether he has exhausted his administrative remedies." (*Id.* at CM/ECF p. 3.) The court then permitted Plaintiff until October 3, 2008 to amend his Complaint to "address the deficiencies relating to the exhaustion of administrative remedies." (*Id.*) Plaintiff was warned that his failure to file an amended complaint addressing those deficiencies would result in dismissal "without further notice." (*Id.*)

On August 25, 2008, Plaintiff filed a document titled "Amended Complaint." (Filing No. 7.) This Amended Complaint does not address Plaintiff's failure to exhaust his administrative remedies. Rather, the Amended Complaint consists of one sentence and states:

> Only thing Battalion need understand is that: Petitioner wants Batalion to ORDER "SSA" to process appeal Plaintiff filed long ago (6 months ?? more?).

(Filing No. 7, spelling and grammar as in original.) In light of these facts, this matter is dismissed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to prosecute diligently and for failure to comply with the court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

November 13, 2008.    BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge